UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Frederick George Kriemelmeyer,**           Civil No. 09-CV-1231 (ADM/SRN)

      **Petitioner,**

v.                                                       **ORDER**

**B.O.P. and Mike Babcock, Acting
      Warden, FMC - Rochester**

      **Respondents.**

___

Frederick George Kriemelmeyer, pro se, Federal Medical Center, PMB 4000, Rochester, MN 55903-4000.

Gregory G. Brooker and Chad A. Blumenfield, Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for Respondents.

___

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED;**

2. This action is **DISMISSED WITH PREJUDICE**.

Dated: April 21, 2010                                    s/Ann D. Montgomery
                                                                       _____
                                                                       Ann D. Montgomery
                                                                       United States District Judge